United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11036-ref
Louis E Waite                                                             Chapter 13
Deborah A. Waite
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith          Page 1 of 2          Date Rcvd: Apr 11, 2018
                             Form ID: 152          Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
```
db/jdb      +Louis E Waite,   Deborah A. Waite,   3326 Lehigh Street,   Bethlehem, PA 18020-6431
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg         +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14056959    +AmeriCredit/GM Financial,   Attn: Bankruptcy,   Po Box 183853,   Arlington, TX 76096-3853
14056961   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
14056960    +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
             Salt Lake City, UT 84130-0285
14056965    +Citibank/The Home Depot,   Po Box 6497,   Sioux Falls, SD 57117-6497
14056964    +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
             St Louis, MO 63179-0040
14056967    +Comenity Bank/Victoria Secret,   Po Box 182789,   Columbus, OH 43218-2789
14056966    +Comenity Bank/Victoria Secret,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
14056968    +Comenitycapital/boscov,   Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
14056969    +Comenitycapital/boscov,   Po Box 182120,   Columbus, OH 43218-2120
14056974    +First Commonwealth Fcu,   257 Brodhead Rd,   Bethlehem, PA 18017-8938
14056978    +Mariner Finance,   8211 Town Center Dr,   Nottingham, MD 21236-5904
14064701    +Quicken Loans, Inc.,   c/o Kevin G. McDonald, Esq.,   701 Market Street, Ste 5000,
             Philadelphia, PA 19106-1541
14056992    +Target,   C/O Financial & Retail Srvs,   Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
14056993    +Target,   Po Box 673,   Minneapolis, MN 55440-0673
14056994    +Wells Fargo Bank,   Po Box 10438,   Macf8235-02f,   Des Moines, IA 50306-0438
14056995     Wells Fargo Bank,   Credit Bureau Dispute Resoluti,   Des Moines, IA 50306
14056996    +Wells Fargo Bank Nv Na,   Po Box 94435,   Albuquerque, NM 87199-4435
14070543     Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
             Des Moines, IA 50306-0438
14067464    +Wells Fargo Bank, N.A.,   435 Ford Road, Suite 300,   Saint Louis Park, MN 55426-4938
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 12 2018 01:37:19
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 12 2018 01:37:33    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:21    Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14056962    +E-mail/Text: bkr@cardworks.com Apr 12 2018 01:37:08    Cardworks/CW Nexus,   Attn: Bankruptcy,
             Po Box 9201,   Old Bethpage, NY 11804-9001
14056963    +E-mail/Text: bkr@cardworks.com Apr 12 2018 01:37:08    Cardworks/CW Nexus,   Pob 9201,
             Old Bethpage, NY 11804-9001
14056970    +E-mail/PDF: creditonebknotifications@resurgent.com Apr 12 2018 01:35:05    Credit One Bank Na,
             Po Box 98873,   Las Vegas, NV 89193-8873
14056971    +E-mail/PDF: creditonebknotifications@resurgent.com Apr 12 2018 01:35:05    Credit One Bank Na,
             Po Box 98875,   Las Vegas, NV 89193-8875
14056973     E-mail/Text: mrdiscen@discover.com Apr 12 2018 01:37:10    Discover Financial,   Po Box 15316,
             Wilmington, DE 19850
14062218     E-mail/Text: mrdiscen@discover.com Apr 12 2018 01:37:10    Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14056972    +E-mail/Text: mrdiscen@discover.com Apr 12 2018 01:37:10    Discover Financial,   Po Box 3025,
             New Albany, OH 43054-3025
14056975    +E-mail/Text: notices@ircocu.com Apr 12 2018 01:37:39    Irco Community Fcu,
             450 Hillcrest Blvd.,   Phillipsburg, NJ 08865-1527
14056976    +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 12 2018 01:37:11    Kohls/Capital One,
             Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
14056977    +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 12 2018 01:37:11    Kohls/Capital One,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
14085946    +E-mail/Text: bankruptcydpt@mcmcg.com Apr 12 2018 01:37:28    Midland Funding LLC,
             PO Box 2011,   Warren, MI 48090-2011
14057710    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2018 01:35:23
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14087550     E-mail/Text: bnc-quantum@quantum3group.com Apr 12 2018 01:37:16
             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
14056979    +E-mail/Text: bankruptcyteam@quickenloans.com Apr 12 2018 01:37:32    Quicken Loans,
             1050 Woodward Ave,   Detroit, MI 48226-1906
14073331    +E-mail/Text: bankruptcyteam@quickenloans.com Apr 12 2018 01:37:32    Quicken Loans Inc.,
             635 Woodward Avenue,   Detroit, MI 48226-3408
14056980    +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:11    Synchrony Bank/ JC Penneys,
             Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
```

```
District/off: 0313-4          User: Keith          Page 2 of 2          Date Rcvd: Apr 11, 2018
                              Form ID: 152          Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14056981      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:11      Synchrony Bank/ JC Penneys,
               Po Box 965007,   Orlando, FL 32896-5007
14056982      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:02      Synchrony Bank/Lowes,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14056983      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:11      Synchrony Bank/Lowes,
               Po Box 956005,   Orlando, FL 32896-0001
14056984      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:11      Synchrony Bank/QVC,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14056985      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:11      Synchrony Bank/QVC,
               Po Box 965018,   Orlando, FL 32896-5018
14056986      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:04      Synchrony Bank/Sams,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14056987      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:02      Synchrony Bank/Sams,
               Po Box 965005,   Orlando, FL 32896-5005
14056988      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:02      Synchrony Bank/Sams Club,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14056989      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:02      Synchrony Bank/Sams Club,
               Po Box 965005,   Orlando, FL 32896-5005
14056990      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:11      Synchrony Bank/Walmart,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14056991       E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:21      Synchrony Bank/Walmart,
               Po Box 965024,   El Paso, TX 79998
                                                                                     TOTAL: 30
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:

```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Louis E Waite support@ymalaw.com,  ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              PAUL H. YOUNG    on behalf of Joint Debtor Deborah A. Waite support@ymalaw.com,  ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                     TOTAL: 6
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Louis E Waite and Deborah A. Waite

      Debtor(s)

Case No: 18–11036–ref

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 6/5/18 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court