**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | LOUIS & DEBORAH WAITE | : | Chapter 13 |
| | Debtors | : | |
| | | : | Case No.: 18-11036 |
| | LOUIS & DEBORAH WAITE | : | |
| | Movants/Debtors | : | |
| | | : | Hearing Date: 9/13/18 |
| | vs. | : | |
| | | : | 9:00 AM in Courtroom 1 |
| | FIRST COMMONWEALTH | : | |
| | FEDERAL CREDIT UNION | : | |
| | Creditor | : | |

**ORDER**

**AND NOW**, this _____ day of _____, 2018, upon consideration of the foregoing stipulation of the parties, it is hereby:

**ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

.

**Date: September 17, 2018**

BY THE COURT:

_____
United States Bankruptcy Judge