United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11036-ref
Louis E Waite                                                           Chapter 13
Deborah A. Waite
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith           Page 1 of 1              Date Rcvd: Sep 17, 2018
                              Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
db/jdb       +Louis E Waite,   Deborah A. Waite,   3326 Lehigh Street,   Bethlehem, PA 18020-6431
cr            First Commonwealth Federal Credit Union,   c/o Fitzpatrick Lentz & Bubba,   P. O. Box 219,
               Center Valley, PA  18034-0219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 02:37:38      Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA A. GILDEA    on behalf of Creditor    First Commonwealth Federal Credit Union
               jgildea@flblaw.com, ccharlton@flblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Joint Debtor Deborah A. Waite support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              PAUL H. YOUNG    on behalf of Debtor Louis E Waite support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | LOUIS & DEBORAH WAITE | : | Chapter 13 |
| | Debtors | : | |
| | | : | Case No.: 18-11036 |
| | LOUIS & DEBORAH WAITE | : | |
| | Movants/Debtors | : | |
| | | : | Hearing Date: 9/13/18 |
| | vs. | : | |
| | | : | 9:00 AM in Courtroom 1 |
| | FIRST COMMONWEALTH | : | |
| | FEDERAL CREDIT UNION | : | |
| | Creditor | : | |

### ORDER

**AND NOW**, this _____ day of _____, 2018, upon consideration of the foregoing stipulation of the parties, it is hereby:

**ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

.

**Date: September 17, 2018**

BY THE COURT:

_____
United States Bankruptcy Judge