United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Louis E Waite  
Deborah A. Waite  
    Debtors

Case No. 18-11036-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 1    Date Rcvd: Nov 01, 2018  
                      Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2018.  
db/jdb     +Louis E Waite,   Deborah A. Waite,    3326 Lehigh Street,    Bethlehem, PA 18020-6431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2018 at the address(es) listed below:  
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
       ecf_frpa@trustee13.com  
      JOSHUA A. GILDEA    on behalf of Creditor   First Commonwealth Federal Credit Union  
       jgildea@flblaw.com,   ccharlton@flblaw.com  
      KEVIN G. MCDONALD    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com  
      PAUL H. YOUNG    on behalf of Joint Debtor Deborah A. Waite support@ymalaw.com,   ykaecf@gmail.com,  
       paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
      PAUL H. YOUNG    on behalf of Debtor Louis E Waite support@ymalaw.com,   ykaecf@gmail.com,  
       paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,  
       ECF_FRPA@Trustee13.com  
                                                                                              TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Louis E Waite and Deborah A. Waite
      Debtor(s)

Chapter: 13

Bankruptcy No: 18−11036−ref

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this November 1, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                              Richard E. Fehling
                              Chief Judge ,
                              United States Bankruptcy Court