**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   LOUIS E. and DEBORAH WAITE   :   CHAPTER 13

Debtor(s)   :   BANKRUPTCY NO. 18-11036

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,500.00, $1,000 os which had been paid by the Debtors prepetition.**.

**Date: November 13, 2018**

**Date:**_____

_____
**U.S. BANKRUPTCY JUDGE**