IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: LOUIS E. WAITE ) | |
| DEBORAH A. WAITE ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 18-11036-AMC |
| ACAR LEASING LTD ) | |
| d/b/a GM FINANCIAL LEASING ) | 11 U.S.C. 362 |
| **Moving Party** ) | |
| v. ) | HEARING DATE: **1-2-20 at 11:00 AM** |
| ) | |
| LOUIS E. WAITE ) | |
| DEBORAH A. WAITE ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2017 Chevrolet Silverado 1500** bearing vehicle identification number 1GCVKREH5HZ189447 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date: **January 2, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE