United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Louis E Waite
Deborah A. Waite
    Debtors

Case No. 18-11036-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 02, 2020
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2020.
db/jdb        +Louis E Waite,    Deborah A. Waite,    3326 Lehigh Street,    Bethlehem, PA 18020-6431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2020 at the address(es) listed below:
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         JOSHUA A. GILDEA    on behalf of Creditor    First Commonwealth Federal Credit Union
          jgildea@flblaw.com,    ccharlton@flblaw.com
         KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
         PAUL H. YOUNG    on behalf of Joint Debtor Deborah A. Waite support@ymalaw.com,    ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
         PAUL H. YOUNG    on behalf of Debtor Louis E Waite support@ymalaw.com,    ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,
          ECF_FRPA@Trustee13.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
          ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: LOUIS E. WAITE ) | |
|       DEBORAH A. WAITE ) | CHAPTER 13 |
|       **Debtor(s)** ) | |
| ) | CASE NO. 18-11036-AMC |
| ACAR LEASING LTD ) | |
| d/b/a GM FINANCIAL LEASING ) | 11 U.S.C. 362 |
|       **Moving Party** ) | |
| v. ) | HEARING DATE: **1-2-20 at 11:00 AM** |
| ) | |
| LOUIS E. WAITE ) | |
| DEBORAH A. WAITE ) | |
|       **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
|       **Trustee** ) | |

### ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

    Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2017 Chevrolet Silverado 1500** bearing vehicle identification number 1GCVKREH5HZ189447 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

    **It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:  **January 2, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE