| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-11036-PMM**

LOUIS E WAITE
DEBORAH A WAITE
3326 LEHIGH STREET
BETHLEHEM  PA   18020

Petition Filed Date: 02/15/2018
341 Hearing Date: 04/24/2018
Confirmation Date: 11/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $412.61 | 6812801242 | 02/04/2020 | $412.61 | 6812801252 | 03/03/2020 | $412.61 | 6812801262 |
| 04/07/2020 | $412.61 | 6812801275 | 05/04/2020 | $412.61 | 6812801281 | 05/27/2020 | $412.61 | 6812801291 |
| 07/08/2020 | $412.61 | 6812801303 | 08/05/2020 | $412.61 | 6812801320 | 09/09/2020 | $412.61 | 6812801335 |
| 10/06/2020 | $412.61 | 6812801361 | 11/06/2020 | $412.61 | 6812801383 | 12/09/2020 | $412.61 | 6812801403 |
| 01/07/2021 | $412.61 | 6812801427 | 02/17/2021 | $412.61 | 6812801448 | 03/12/2021 | $412.61 | 6812801456 |
| 04/08/2021 | $412.61 | 6812801477 | 05/10/2021 | $412.61 | 6812801491 | 06/08/2021 | $412.61 | 6812801512 |

**Total Receipts for the Period: $7,426.98   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,416.13**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 20 | ACAR LEASING LTE  DBA<br>»» 020 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | BECKET & LEE, LLP<br>»» 011 | Unsecured Creditors | $135.62 | $0.00 | $135.62 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,065.07 | $0.00 | $5,065.07 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $3,275.78 | $0.00 | $3,275.78 |
| 5 | FIRST COMMONWEALTH FCU<br>»» 05S | Secured Creditors | $19,701.41 | $12,183.48 | $7,517.93 |
| 5 | FIRST COMMONWEALTH FCU<br>»» 05U | Unsecured Creditors | $9,482.91 | $0.00 | $9,482.91 |
| 7 | IRCO COMMUNITY FEDERAL CU<br>»» 007 | Unsecured Creditors | $1,428.94 | $0.00 | $1,428.94 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $688.22 | $0.00 | $688.22 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $2,561.44 | $0.00 | $2,561.44 |
| 12 | MARINER FINANCE LLC<br>»» 012 | Unsecured Creditors | $1,052.24 | $0.00 | $1,052.24 |
| 16 | MERRICK BANK<br>»» 016 | Unsecured Creditors | $4,310.61 | $0.00 | $4,310.61 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $747.86 | $0.00 | $747.86 |
| 9 | MOMA FUNDING LLC<br>»» 009 | Unsecured Creditors | $2,701.06 | $0.00 | $2,701.06 |
| 10 | MOMA FUNDING LLC<br>»» 010 | Unsecured Creditors | $357.72 | $0.00 | $357.72 |

**Chapter 13 Case No. 18-11036-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 6 | QUICKEN LOANS INC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $12,297.13 | $0.00 | $12,297.13 |
| 14 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $2,206.85 | $0.00 | $2,206.85 |
| 15 | SYNCHRONY BANK<br>»» 015 | Unsecured Creditors | $82.72 | $0.00 | $82.72 |
| 19 | TD BANK USA NA<br>»» 019 | Unsecured Creditors | $3,084.29 | $0.00 | $3,084.29 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $3,248.20 | $0.00 | $3,248.20 |
| 3 | WELLS FARGO BANK NA<br>»» 003 | Unsecured Creditors | $15,557.12 | $0.00 | $15,557.12 |
| 21 | YOUNG MARR & ASSOCIATES<br>»» 021 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 21 | ACAR LEASING LTE DBA<br>»» 021 | Unsecured Creditors | $3,359.32 | $0.00 | $3,359.32 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,416.13 | Current Monthly Payment: | $412.61 |
| Paid to Claims: | $14,683.48 | Arrearages: | ($412.61) |
| Paid to Trustee: | $1,361.30 | Total Plan Base: | $24,668.33 |
| Funds on Hand: | $371.35 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.