Certificate Number: 03621-PAE-DE-037228719

Bankruptcy Case Number: 18-11036



03621-PAE-DE-037228719

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2023, at 11:48 o'clock AM EST, Louis Waite completed a course on personal financial management given by telephone by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 3, 2023              By:   /s/Lashonda Collins

                                 Name: Lashonda Collins

                                 Title: Credit Counselor

Certificate Number: 03621-PAE-DE-037228714

Bankruptcy Case Number: 18-11036



03621-PAE-DE-037228714

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 3, 2023</u>, at <u>11:48</u> o'clock <u>AM EST</u>, <u>Deborah Waite</u> completed a course on personal financial management given <u>by telephone</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  March 3, 2023                        By:    /s/Lashonda Collins

                                            Name:  Lashonda Collins

                                            Title: Credit Counselor