United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 18-11036-pmm
Louis E Waite                                                                       Chapter 13
Deborah A. Waite
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 07, 2023 | Form ID: 138OBJ | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Louis E Waite, Deborah A. Waite, 3326 Lehigh Street, Bethlehem, PA 18020-6431 |
| 14435284 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14056974 | + | First Commonwealth Fcu, 257 Brodhead Rd, Bethlehem, PA 18017-8938 |
| 14064701 | + | Quicken Loans, Inc., c/o Kevin G. McDonald, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14056995 | | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14747644 | + | Wells Fargo N.A. Personal Lending, P.O. Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 08 2023 00:20:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 08 2023 00:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14434910 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 08 2023 00:20:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14123346 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 08 2023 00:20:00 | Acar Leasing LTD, d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14056959 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 08 2023 00:20:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14056961 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 08 2023 00:16:31 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14056960 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 08 2023 00:16:31 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14089339 | | Email/PDF: bncnotices@becket-lee.com | Mar 08 2023 00:27:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14056963 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 08 2023 00:27:06 | Cardworks/CW Nexus, Pob 9201, Old Bethpage, NY 11804-9001 |
| 14056962 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 08 2023 00:27:04 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14056965 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2023 00:27:25 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14056964 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2023 00:27:10 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14056967 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 08 2023 00:20:00 | Comenity Bank/Victoria Secret, Po Box 182789, |

Case 18-11036-pmm    Doc 57    Filed 03/09/23    Entered 03/10/23 00:32:39    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 07, 2023 | Form ID: 138OBJ | Total Noticed: 58 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14056966 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 08 2023 00:20:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14056969 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 08 2023 00:20:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14056968 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 08 2023 00:20:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14056970 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 08 2023 00:27:16 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14056971 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 08 2023 00:27:24 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14056973 | | Email/Text: mrdiscen@discover.com | Mar 08 2023 00:20:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14062218 | | Email/Text: mrdiscen@discover.com | Mar 08 2023 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14056972 | + | Email/Text: mrdiscen@discover.com | Mar 08 2023 00:20:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14056975 | + | Email/Text: notices@ircocu.com | Mar 08 2023 00:20:00 | Irco Community Fcu, 450 Hillcrest Blvd., Phillipsburg, NJ 08865-1527 |
| 14056977 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 08 2023 00:20:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14056976 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 08 2023 00:20:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14096328 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2023 00:27:17 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14096153 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 08 2023 00:27:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14056978 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 08 2023 00:20:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14085946 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 08 2023 00:20:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14057710 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 08 2023 00:27:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14087550 | | Email/Text: bnc-quantum@quantum3group.com | Mar 08 2023 00:20:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14056979 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 08 2023 00:20:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14073331 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 08 2023 00:20:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14092943 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:27:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14056980 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:27:24 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14056981 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:27:24 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14056982 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:27:05 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14056983 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 07, 2023 | Form ID: 138OBJ | Total Noticed: 58 |

| Recip ID | | Notice type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 08 2023 00:27:04 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14056984 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:27:17 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14056985 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:27:04 | Synchrony Bank/QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 14056987 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:27:04 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 14056986 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:27:24 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14056988 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:27:04 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14056989 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:27:16 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14056990 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:27:17 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14056991 | | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:27:24 | Synchrony Bank/Walmart, Po Box 965024, El Paso, TX 79998 |
| 14097234 | + | Email/Text: bncmail@w-legal.com | Mar 08 2023 00:20:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14056993 | + | Email/Text: bncmail@w-legal.com | Mar 08 2023 00:20:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14056992 | + | Email/Text: bncmail@w-legal.com | Mar 08 2023 00:20:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14056994 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 08 2023 00:16:31 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 14056996 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 08 2023 00:16:31 | Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque, NM 87199-4435 |
| 14067464 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 08 2023 00:16:42 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, Saint Louis Park, MN 55426-4938 |
| 14070543 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 08 2023 00:27:04 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14092221 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 07, 2023 | Form ID: 138OBJ | Total Noticed: 58 |

Date: Mar 09, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2023 at the address(es) listed below:**

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

JOSHUA A. GILDEA
    on behalf of Creditor First Commonwealth Federal Credit Union jgildea@flblaw.com  ccharlton@flblaw.com

KEVIN G. MCDONALD
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

PAUL H. YOUNG
    on behalf of Debtor Louis E Waite support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

PAUL H. YOUNG
    on behalf of Joint Debtor Deborah A. Waite support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Louis E Waite and Deborah A. Waite
        Debtor(s)                                                        Case No: 18−11036−pmm
                                                                                   Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                    United States Bankruptcy Court
              Office of the Clerk, Gateway Building
                  201 Penn Street, 1st Floor
                       Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/7/23