# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Deborah A. Waite**<br>       **Louis E Waite**<br>                                  **Debtor(s)** | **BK NO. 18-11036 PMM**<br><br>**Chapter 13** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>                                  **Movant**<br>            **vs.** | **Related to Claim No. 6** |
| **Deborah A. Waite**<br>**Louis E Waite**<br>                                  **Debtor(s)** | |
| **Scott F. Waterman**,<br>**Trustee** | |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 13, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Deborah A. Waite
3326 Lehigh Street
Bethlehem, PA 18020

Louis E Waite
3326 Lehigh Street
Bethlehem, PA 18020

Attorney for Debtor(s)
Paul H. Young,, Esq.
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: October 13, 2021

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Phone: (215) 825-6327
Email: rsolarz@kmllawgroup.com